# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| TAMI PIVTCHEV, | : | No. 3:19cv150 |
| --- | --- | --- |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| STATE FARM MUTUAL AUTO | : | |
| INSURANCE COMPANY, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 1st day of July 2019, the plaintiff's motion to remand (Doc. 3) is hereby **DENIED**.

BY THE COURT:

s/ James M. Munley
JUDGE JAMES M. MUNLEY
United States District Court