IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TAMI PIVTCHEV, | : | No. 3:19cv150 |
|     **Plaintiff** | : | |
| | : | (Judge Munley) |
|     v. | : | |
| | : | |
| **STATE FARM MUTUAL AUTO** | : | |
| **INSURANCE COMPANY,** | : | |
|     **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 1st day of July 2019, the Defendant State Farm Mutual Auto Insurance Company's motion to dismiss plaintiff's amended complaint (Doc. 7) is hereby **DENIED**. The defendant's original motion to dismiss (Doc. 2) is **DENIED** as it was superseded by the amended complaint and motion to dismiss the amended complaint.

                                            **BY THE COURT:**

                                            **s/ James M. Munley**
                                            **JUDGE JAMES M. MUNLEY**
                                            **United States District Court**